**Annamalis STOCK, Plaintiff–Appellant,**

v.

**Paul O'NEILL, Secretary of the Department of the Treasury, Defendant–Appellee.**

**No. 02–1020.**

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Annamalis Stock, Pro Se. Thomas Michael DiBiagio, Tawana Elaine Davis, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Annamalis Stock appeals the district court's orders dismissing with prejudice her employment discrimination complaint and denying reconsideration of that order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Stock v. O'Neill*, No. CA–01–1529–JFM (D. Md. Oct. 17 and 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*